IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02012-REB-BNB

Robin Johnson,

Applicant,

v.

NOBLE WALLACE, Warden, Denver Women's Correctional,
JOE ORTIZ, Director Colorado Department of Corrections, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

Respondents.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to Submit New Evidence** [docket no. 14, filed January 3, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.


DATED:  January 4, 2007