IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02012-REB-BNB

ROBIN JOHNSON,

Applicant,

v.

NOBLE WALLACE, Warden, Denver Women's Correctional,
JOE ORTIZ, Director Colorado Department of Corrections, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

Respondents.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion Curing Deficiency** [docket no. 4, filed October 23, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.


DATED:  August 7, 2007