IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02012-REB-BNB

ROBIN JOHNSON,

Applicant,

v.

NOBLE WALLACE, Warden, Denver Women's Correctional,
JOE ORTIZ, Director Colorado Department of Corrections, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

Respondents.
_____

**ORDER**
_____

This matter is before me on the Applicant's **Motion Compelling Response** [Doc. #19, filed 11/2/07] (the "Motion"). The Motion states that (1) I "filed a MOTION CURING DEFICIENCY" in this action on August 7, 2007; (2) the petitioner responded to the motion by letter in September 2007; and (3) the petitioner "has yet to get a response to that letter." The Motion "requests a response from the court in regards to the afore mentioned matter."

The Applicant filed a Motion Curing Deficiency [Doc. # 4, filed 10/23/2007] which stated that "[d]ue to cost of photocopies the Applicant is requesting for those copies to be attached to the new form." Id. On August 7, 2007, I entered a minute order [Doc. # 17] granting the Motion Curing Deficiency. On August 20, 2007, the Applicant wrote a letter to the district judge assigned to the case requesting that she be advised of the status of her case.

The Amended Application for Writ of Habeas Corpus has been accepted for filing [Doc. #5]; the Applicant has been granted leave to proceed *in forma pauperis* [Doc. #6]; the Respondents were ordered to answer [Doc. # 9]; and an Answer to the Petition for Writ of Habeas

Corpus has been filed [Doc. # 13]. In addition, the Applicant's Motion to Submit New Evidence [Doc. # 14] was granted by a minute order [Doc. # 16] on January 4, 2007. The matter otherwise is pending.

It is the Applicant's duty to keep herself informed of the status of the matter. No further status reports will be provided by the court. Nor does the court respond to letters from parties; requests for relief must be made by motions. See D.C.COLO.LCivR 77.2.

IT IS ORDERED that the Motion is DENIED.

Dated November 7, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge