IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02012-REB-BNB

ROBIN JOHNSON,

Petitioner,
v.
WARDEN NOBLE WALLACE, Denver Women's Correctional Facility,
JOE ORTIZ, Director Colorado Department of Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.

ORDER TO SUPPLEMENT ANSWER

In the Answer filed on December 11, 2006, Respondents allege on page six that "[t]he Colorado Supreme Court remanded the case to the Court of Appeals since that court had not addressed Johnson's remaining claims. The appeal is presently pending in the Colorado Court of Appeals." Respondents will be directed to supplement the Answer filed on December 11, 2006, with an update on the status of the appeal and to provide copies of any orders pertinent to the disposition of that appeal. Respondents also note on pages eight and nine of the December 11, 2006, Answer that "[r]ecords from Johnson's state court proceedings are presently located in the custody of the Colorado Court of Appeals. They are temporarily unavailable while being used by the court in connection with Johnson's pending appeal." Respondents also will be directed to supplement the Answer with an update on the location and availability of the records from Ms. Johnson's state court proceedings. Accordingly, it is ORDERED that Respondents are directed **within thirty (30) days from the date of this order** to supplement the Answer filed on December 11, 2006, with an update on the status of the appeal pending in the

Colorado Court of Appeals and to provide copies of any orders pertinent to the disposition of that appeal. It is FURTHER ORDERED that Respondents are directed **within thirty (30) days from the date of this order** to supplement the Answer with an update on the location and availability of the records from Ms. Johnson's state court proceedings.

DATED July 22, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judg