**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-02012-REB-BNB

ROBIN JOHNSON,

    Petitioner,

v.

WARDEN NOBLE WALLACE, Denver Women's Correctional Facility,
JOE ORTIZ, Director Colorado Department of Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#27][1] filed August 25, 2008.  Because petitioner is proceeding pro se, I have viewed her filings generously and with the leniency due a pro se litigant, see ***Erickson v. Pardus***, 551 U.S. 89 ___, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21 (1972)).

No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1116, 1122 (10th Cir. 2005).[2]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#27] filed August 25, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That petitioner's **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** [#3], filed October 10, 2006, is **DENIED**;

3. That petitioner's claims are **DISMISSED WITH PREJUDICE**; and

4. That judgment **SHALL ENTER** on behalf of defendants against petitioner on all claims for relief and causes of action asserted in this action.

Dated October 1, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[2] This standard pertains even though petitioner is proceeding *pro* se in this matter. **Morales-Fernandez**, 418 F.3d at 1122.